# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| DAVID MARK DAVIS II, | § |
| | § |
| v. | § CIVIL ACTION NO. 9:17-CV-119 |
| | § |
| ABIGAIL ENTERPRISES, INC. d/b/a | § |
| CENTURY 21 COTA REALTY | § |

## FINAL JUDGMENT

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, the Local Rules of the United States District Court for the Eastern District of Texas, Appendix B, and order of the District Court, this matter is before the undersigned United States Magistrate Judge for all proceedings and entry of judgment in accordance with the consent of the parties.

The Plaintiff, proceeding *pro se*, filed this action on July 5, 2017. Doc. No. 1. The Plaintiff alleged that Defendant Abigail Enterprises, Inc. improperly misclassified him as an independent contractor instead of an employee under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.* On December 22, 2017, the parties jointly filed a "Motion for Approval of Settlement and Dismissal of All Claims with Prejudice." Doc. No. 28. The Court has granted the motion and the case is dismissed with prejudice. Each party shall bear its own costs of court. The Clerk of Court is directed to close the case.

THIS IS A FINAL JUDGMENT.

SIGNED this 3rd day of January, 2018.

_____
Zack Hawthorn
United States Magistrate Judge